IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTATE OF DONALD WOODS, et al.,

    Plaintiffs,

v.                                       No. CIV-15-0635 MCA/LAM

NOR-LEA GENERAL HOSPITAL, et al.,

    Defendants

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 22, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 35*], filed September 6, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**